

ORDERED in the Southern District of Florida on January 27, 2012.

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                            Case No: 11-27192-BKC-AJC
                                                  Chapter 13
**Lisandro Gilberto Mantilla**

             Debtor              /

**AMENDED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY SPECIALIZED LOAN SERVICING, LLC D.E. #32**

THIS CASE came to be heard upon the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Specialized Loan Servicing, LLC (DE #32; the "Motion"). .

Based upon the debtor's assertions made in support of the Motion, the Court FINDS as follows:

1. This Order corrects the lender secure interest as specified in paragraph #2 of the original order [D.E. #41] and unsecure interest as described in paragraph 3.

A.   The value of the debtor's real property (the "Real Property") located at

<u>4233 Sunny Brook Way, #207, Winter Springs</u> and more particularly described as

**UNIT 207, BUILDING 4233, SERENITY AT TUSKAWILLA CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 6323, PAGE(S) 1435 OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED SHARED IN THE COMMON ELEMENTS AND COMMON SURPLUS APPURTENANT THERETO.**

is $ <u>32,500.00</u> at the time of the filing of this case.

B.   The total of all claims secured by liens on the Real Property Senior to the Lien of Specialized Loan Servicing (the "Lender") is $201,230.35.

C.   The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of lender is $0.00 and lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   Specialized Loan Servicing, LLC has an allowed secured claim in the amount of $0.00 for the mortgage recorded on 02/07/07 at or Book 06581-Pages 0838-848, in the official records of Seminole County, Florida, at 0.0% interest for a total of $0.00.  This total amount is subject to change if the number of months paid is less than 60 months.

3.   (Select only one):

   ___   Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such

        secured claim, regardless of the original classification in the proof of claim as filed.

or

        _X_   Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $38,634.93, regardless of the original classification in the proof of claim as filed.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

<u>Aubrey Rudd, Esquire</u>
Foreclosure Defense Team
297 SW 27th Avenue,
Miami, Florida 33135
Telephone: 786-360-6733

Attorney Aubrey Rudd, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.