UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
LIZANDRO GILBERTO MANTILLA                     CASE NO. 11-27192-AJC
                                               CHAPTER 13
    Debtor.
_____/

**MOTION TO MODIFY THIRD AMENDED CHAPTER 13 PLAN**

COMES NOW the Debtor, LIZANDRO GILBERTO MANTILLA by and through his undersigned counsel moves this Honorable Court for an Order Modifying the Third Amended Chapter 13 Plan and in support thereof would state as follows:

1. On June 21, 2011 the Debtor filed his Chapter 13 Bankruptcy Petition.

2. On February 13, 2013 the Third Amended Chapter 13 Plan was confirmed.

3. Because of an oversight the Debtor did not received the Second or Third Amended Chapter 13 Plans and continued making payments under the First Amended Plan.

4. Because of the error mentioned in paragraph 3 the Debtor has fallen behind on his payments to the Trustee.

5. The Trustee filed a Notice of Delinquency on September 10, 2014 which expires on October 31, 2014.

6. The Debtor now wishes to modify his plan to bring him current under a First Modified Chapter 13 Plan.

7. A First Modified Chapter 13 plan has been filed simultaneously with this Motion.

8. The requested relief sought on this motion will not prejudice any creditor.

WHEREFORE the Debtor requests this Honorable Court enter an Order Granting the Debtors' Motion to Modify the Third Amended Chapter 13 Plan and approving the First Modified Chapter 13 Plan.

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing Motion was served this 24th day October 2014 via electronic transmission to Nancy K. Neidich and all others set forth in the NEF.

/S/Aubrey Rudd, Esquire
Aubrey Rudd, Esquire
2100 Coral Way, Suite 602
Miami, Florida 33145
Telephone: 786-385-5089
ruddlawgroup@gmail.com