**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X    2nd    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Lizandro Gilberto Mantilla    JOINT DEBTOR:_____    CASE NO.: 11-27192
Last Four Digits of SS# 1898    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

A.  $ 854.74   for months    1   to   10   ; (Paid in prior plan)
B.  $ 1,143.50  for months   11   to   40   ; (Paid in prior plan)
C.  $ 1,579.99  for months   41   to   60   ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,500.00   TOTAL PAID $ 3,500.00   Balance Due $ 1,000.00
Payable: $100.00/month (Months 1-10) – Paid in prior plan

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: **NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Specialized Loan Servicing 8742 Lucent Blvd. Littleton, CO 80129 Acc#xxxx5394 | 4233 Sunny Brook Way #207 Winter Springs, FL 32708 Value: $32,500.00 | 5.00% | $613.32 $613.32 | Month  1-40 Months  41-60 | $36,799.20 - $24,532.80(Paid in prior plan) = $12,206.40 |
| Specialized Loan Servicing 8742 Lucent Blvd. Littleton, CO 80129 Acc#xxxx5404 | 4233 Sunny Brook Way #207 Winter Springs, FL 32708 Value: $32,500.00 | 0.00% | $0.00 | 0 | $0.00 – Stripped Off/MTV |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service    Total Due: $3,857.87
   POB 7317    Pay: $55.94/month (Months 1-40)(Paid in prior plan) ($2,237.75)
   Philadelphia, PA 19107    Pay: $81,01/month (Months 41-60)

Unsecured Creditors:   Pay $ 359.89    /month (Months  11  to   40   ); Paid in prior plan
Pay $ 727.66    /month (Months   41   to   60   );

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Lizandro Gilberto Mantilla    /s/
Debtor    Joint Debtor
Date: 11/28/2014    Date:_____