UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA ~~MIAMI~~ DIVISION

Lizandro Gilberto Mantilla,
Debtor.

In re: CASE NO.: 11-27192-AJC
Chapter 7

## AFFIDAVIT OF DANIEL MARZANO

STATE OF FLORIDA              )
                              )
COUNTY OF MIAMI-DADE          )

I, DANIEL MARZANO, in my capacity as Manager of the Purchasing entity of subject property ("PURCHASING MANAGER"), being duly sworn, state:

**COMES NOW,** DANIEL MARZANO ("PURCHASING MANAGER"), by and through undersigned counsel, and hereby presents this Honorable Court with the following affidavit:

1.    On November 25, 2013, pursuant to a vote of over 80% of the owners of the Serenity at Tuskawilla Condominium ("Serenity Condominium"), Serenity Condominium was terminated and the fair market value of the property subject to this action was placed in escrow with a third party Termination Trustee in order to effectuate the termination of the condominium and dispose of its assets accordingly.

2.    Pursuant to Florida Condominium Act, if 80% of the owners of a condominium association vote to withdraw the Serenity Condominium from the prevue of the Florida Condominium Act, then said Association will be will be withdrawn.

3.    Section 19 of the Serenity Condominium Declaration has always provided that Serenity

Condominium may be withdrawn from the Florida Condominium Act is such a vote occurred.

4.    The Sec. 19 Amendment was approved by greater than 80% of the unit owner voting interests in person or by proxy at the Special Member Meeting held on November 25, 2013.

5.    Therefore, currently, the ASSOCIATION is terminated; the Termination Trustee is in receipt of the fair market value of the subject property which is held in a Trust Account at the Law Firm of Baker Donelson, Bearman, Caldwell and Berkowitz, PC, (the "TERMINATION PROCEEDS") pending proper instruction for disbursement.

6.    Pursuant to Florida Law any liens on the property subject to the Termination were transferred to the TERMINATION PROCEEDS and title to the subject property was deeded to the purchaser, The Prestwick Partners, LLC, via that certain Trustee's Deed recorded in Official Records Book 08264 at Page 1053-1057 of the public records of Seminole County, Florida. Thus, pursuant to the Trustees Deed, The Prestwick Partners, LLC is the owner of 4233 Sunny Brook Way #207 Winter Springs, FL 32708 (herein "Investment Property")

7.    Accordingly, I am seeking relief from stay to conclude termination of the condominium and seek an order disbursing funds to the mortgagee or any party this honorable Court sees fit to receive the funds to effectuate the transfer of said Investment Property.

8.    The claim on the property is limited only to what is granted by Florida Law as described above.

9.    This request for relief from stay is filed only for the reasons stated in this affidavit and accompanying motion.

**FURTHER AFFIANT SAYETH NOT.**

I understand that I am swearing or affirming under oath and under penalty of perjury to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

DANIEL MARZANO

(Only in his capacity as Manager of the Purchaser of the subject property)

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

Sworn to and subscribed before me on the 27TH of August, 2015    DANIEL MARZANO, who is personally known to me OR who produced the following as identification: **Florida Driver's License** #_____, who took an oath and who deposes and states that the facts contained in the foregoing Affidavit are true and correct.

FRANCES G. ORTIZ
MY COMMISSION EXPIRES
July 14, 2018
#FF 141771
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

NOTARY PUBLIC, STATE OF FLORIDA
Seal.