

**ORDERED in the Southern District of Florida on December 15, 2015.**

*A. Jay Cristol*
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA
MIAMI DIVISION

Lizandro Gilberto Mantilla                In re: CASE NO.: 11-27192-AJC
                                          Chapter 13
Debtor.
_____

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration by negative notice pursuant to the Motion for Relief from Automatic Stay and supporting Affidavit, filed by THE PRESTWICK PARTNERS, LLC and DANIEL MARZANO, its and his successors and/or assigns respectively heard on December 2, 2015 at 10:30 A.M. ("Movant"), and the Court otherwise being fully advised in the premises, it

is ORDERED:

1. The Motion for Relief from Automatic Stay is GRANTED.

2. Movant is granted relief from the automatic stay to enforce its rights as a secured creditor under its loan documents and applicable state law with respect to that certain mortgage on property legally described as: **PROPERTY ADDRESS:** 4233 Sunny Brook Way #207 Winter Springs, FL 32708.

3. The order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to obtain an *in rem* relief against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. This order shall be binding and effective despite any conversion of this bankruptcy case under any other chapter of Title 11 of the United States Code.

5. Movant or agent of movant must seek court approval prior to any sale or transfer of title of said property.

#
#
#

**Respectfully Submitted By:**

MENDEZ LAW OFFICES, PLLC
Attorneys for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090 Facsimile: 305.809.8474
Email: info@mendezlawoffices.com

By: _____s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

**Copies to:**

Attorney Diego G. Mendez is directed to serve copies of this order on the parties listed and to file a certificate of service with the Court.